WISNIA PC
Howard N. Wisnia (CA 184626)
12636 High Bluff Dr., Suite 400
San Diego, California 92130
Telephone: (858) 461-0989
howard@wisnialaw.com

*Attorneys for Plaintiff  Vision Advancement, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VISION ADVANCEMENT, LLC, a California Limited Liability Company | Case No. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| AAREN LABORATORIES LLC, a California Limited Liability Company, AAREN SCIENTIFIC, INC., a Nevada Corporation, | |
| Defendants. | |

Plaintiff Vision Advancement, LLC ("Vision Advancement"), by and through its undersigned counsel, brings this complaint against Defendants Aaren Laboratories LLC ("Aaren Labs") and Aaren Scientific Inc. ("Aaren Scientific") (collectively, "Defendants") for patent infringement arising under 35 U.S.C. § 1, *et seq.*, and alleging as follows:

## THE PARTIES

1.      Plaintiff Vision Advancement, LLC is, and at all relevant times has been, a limited liability company organized under the laws of the state of California with its principal place of business at 8 Via Ambra, Newport Coast, California 92657.

2.      Upon information and belief, Defendant Aaren Laboratories LLC is a limited liability company organized under the laws of the state of California with its principal place of business at 9010 Hellman Ave., Rancho Cucamonga, California 91730, operating its business interstate and internationally.  Defendant Aaren Labs may be served with process through its registered agent Jiahao Zu, 9010 Hellman Ave., Rancho Cucamonga, California 91730.

3.      Upon information and belief, Defendant Aaren Scientific, Inc. is a corporation organized under the laws of the state of Nevada with its principal place of business at 9010 Hellman Ave., Rancho Cucamonga, California 91730, operating its business interstate and internationally.  Defendant Aaren Scientific may be served with process through its registered agent Jiahao Zu, 9010 Hellman Ave., Rancho Cucamonga, California 91730.

## JURISDICTION, VENUE, AND DIVISIONAL ASSIGNMENT

4.      This is a civil action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, including §§ 271 and 281-285.

5.      This Court has subject matter jurisdiction of the asserted federal law claims pursuant to 28 U.S.C. § 1331 and 1338(a).

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b), at least because Plaintiff and Defendants each reside in this District.  Additionally, the Defendants each also committed wrongful acts, including acts of infringement, within this District, and has a regular and established place of business in this District.

7.      Personal jurisdiction exists generally over Defendants because each has sufficient

minimum contacts with the forum as a result of business conducted within the State of California and the Central District of California.  Personal jurisdiction further exists over Defendants because they, directly or through affiliates, agents, subsidiaries, or intermediaries, make, use, sell, offer for sale, import, advertise, make available, and/or market products within the State of California and this District that infringe one or more claims of the '906 Patent, as alleged more particularly below.

8.    Joinder of all Defendants is appropriate under 35 U.S.C. §299 as this case satisfies the requirements of § 299(a)(1) and/or (a)(2).

**THE '906 PATENT AND DEFENDANTS' INFRINGEMENT**

9.    This action concerns Defendants' infringement of U.S. Patent No. 7,073,906 ("the '906 Patent"). A true and correct copy of the '906 Patent is attached hereto as Exhibit A.

10.    The inventions of the '906 Patent were developed by sole named inventor Valdemar Portney, PhD.  Dr. Portney is a leader in the field of optics including intraocular lens. Dr. Portney holds numerous issued United States patents.  Vision Advancement was founded by Dr. Portney in 1998.

11.    On July 11, 2006, the United States Patent and Trademark Office duly and legally issued the '906 Patent, entitled "Aspherical Diffractive Ophthalmic Lens."  The '906 Patent issued from an application filed on November 14, 2005, and claims the benefit of provisional U.S. Patent Appl. No. 60/680,411 filed on May 12, 2005.  The '906 Patent is valid and enforceable and directed to patentable subject matter.

12.    The '906 Patent was in full force and effect from its issuance to expiration.

13.    Dr. Portney and Aaren Scientific (previously named O.I.I. International, Inc.) entered into a License Agreement on or about November 11, 2008 relating to multi-focal implantable lens intellectual property, which license agreement explicitly referenced the '906 Patent. The agreement was signed by Richard Aguilera on behalf of O.I.I. International, Inc. (later renamed Aaren Scientific) as its President. By written correspondence to Dr. Portney dated February 3, 2014, Mr. Aguilera provided 90-day notice of Aaren Scientific's intent to terminate such license agreement, further stating "[i]t has been a pleasure working with you on the Optivis

PLAINTIFF'S COMPLAINT<br>CASE NO.

lens these past few years…[h]owever, at this time Aaren no longer wishes to pursue this lens and is discontinuing the License Agreement dated November 11, 2008."

14.     Plaintiff Vision Advancement owns by assignment the entire right and title in and to the '906 Patent, including the right to seek injunctive relief and damages, including past damages, for any infringement thereof.

15.     Since the time the 2008 Agreement was terminated on or about 90 days following February 4, 2014, neither Dr. Portney nor Vision Advancement has authorized Defendants to and Defendants are not authorized to make, test, use, sell, offer to sell, or import any product or method covered by the '906 Patent.

16.     Furthermore, Defendants had knowledge of the '906 Patent prior to their infringement at least because their founder, President, and managing member, Richard Aguilera, had knowledge of the '906 Patent, which is imputed to Defendants.  Mr. Aguilera was a signatory to the 2008 Agreement, which explicitly reference the '906 Patent.  Defendant Aaren Scientific was a licensee under that Agreement and had express knowledge of the '906 Patent.

17.     On information and belief, Defendants have, during the term of the '906 Patent, manufactured, used, tested, sold, offered for sale, and/or imported multifocal intraocular lenses including at least the Optivis products that infringe at least claim 1 of the '906 Patent.

18.     As shown in Exhibit B, Defendants previously admitted that the Optivis Product was "invented" by Dr. Portney ("Aaren Scientific Inc. wishes to acknowledge the advice and contributions of Val Portney, Ph.D., who is the expert and inventor of the design embodied in the Optivis$^{TM}$ Multifocal IOL") and is covered by the '906 Patent ("The AAREN SCIENTIFIC Optivis MIOL optics are produced by a combination of refractive and diffractive optics in order to provide continuous focus from distance through intermediate to near for all pupil sizes.  The patented design incorporates refraction progressive power to provide intermediate foci in addition to distance, and diffraction bifocal to provide near in addition to distance focus, and is described in US Patent No 7,073,906.")

## FIRST CAUSE OF ACTION
Patent Infringement of U.S. Patent No. 7,073,906
(Against All Defendants)

19. Plaintiff realleges and restates all prior paragraphs as if fully restated herein.

20. The '906 Patent is generally directed to multifocal intraocular lenses.

21. Defendants Aaren Scientific and Aaren Labs have, under 35 U.S.C. 271(a), directly infringed, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '906 Patent, by making, using, testing, selling, offering for sale, and/or importing their infringing products, including but not limited to the Optivis products. See, e.g., non-limiting exemplary claim chart attached as Exhibit C.

22. Defendants Aaren Labs has, under 35 U.S.C. §271(b) actively induced Aaren Scientific's infringement, literally and/or under the doctrine of equivalents, of one or more claims including without limitation at least claim 1 of the '906 Patent. On information and belief, Aaren Labs has had knowledge of the '906 Patent and its application to the Optivis product for many years. It has actively induced Aaren Scientific to make, use, offer for sale, and export infringing products, including but not limited to the Optivis products. Defendants are jointly and severally liable for all infringements hereunder.

23. Defendants' infringement of the '906 Patent has caused, and continues to cause, financial damage to Plaintiff, and Plaintiff is entitled to recover damages sustained as a result of Defendants' wrongful acts in an amount subject to proof at trial.

24. Defendants expressly knew of the '906 Patent and the fact that the Optivis product is covered by the '906 Patent. Defendants' infringement of the '906 Patent constitutes willful infringement at least because their infringement occurred with actual knowledge of the '906 Patent and their infringement thereof, thus their actions constituted an unjustifiably high risk of infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment and relief against Defendants as follows:

    a. Judgment in Plaintiff's favor and against Defendants on all causes of action

PLAINTIFF'S COMPLAINT
CASE NO.

alleged herein;

b.  A finding that Defendants have infringed the '906 Patent;

c.  A finding that Defendants' infringement of the '906 Patent has been willful;

d.  An order that Defendants pay Plaintiff damages adequate to compensate Plaintiff for Defendants' past infringement of the '906 Patent, together with interest and costs under 35 U.S.C. § 284;

e.  A finding that this case is exceptional under 35 U.S.C. § 285 and awarding Plaintiff its reasonable attorneys' fees;

f.  An order that Defendants pay prejudgment and post-judgment interest at the maximum legal rate on the damages assessed;

g.  An order that Defendants pay Plaintiff enhanced damages pursuant to 35 U.S.C. § 284; and

h.  That Plaintiff be awarded such other and further relief, including equitable relief, as this Court deems just and proper

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: June 22, 2026                                    Respectfully submitted,

**WISNIA PC**

 /s/ Howard Wisnia
Howard N. Wisnia (CA 184626)
12636 High Bluff Dr., Suite 400
San Diego, California 92130
Telephone: (858) 461-0989
howard@wisnialaw.com

*Attorneys for Plaintiff*
*Vision Advancement LLC*