# EXHIBIT C

**Exemplary Nonlimiting Claim Chart for U.S. Pat. 7,073,906**

| Claim # | Claim Language | Accused Product (Optivis) |
|---|---|---|
| 1 PRE | 1.. A multifocal ophthalmic lens comprising | This claim chart does not take a position on whether or not the preamble is limiting.  Nonetheless, the Optivis IOL is a multifocal ophthalmic lens comprising the recited elements.<br><br> |

1

**Exemplary Nonlimiting Claim Chart for U.S. Pat. 7,073,906**

| Claim # | Claim Language | Accused Product (Optivis) |
|---|---|---|
| | | **OptiVis™ MIOL (Aaren Scientific, Inc)**<br><br>Aspheric Distance Periphery<br>Diffractive apodized bifocal within 3.8 Ø<br>Progressive distance-intermediate within 1.5 Ø<br><br>• Posterior multifocal surface consists of 3 zones:<br>• Zone 1 of Progressive Refractive powers for Far and Intermediate within central 1.5 mm Dia<br>• Apodized Diffractive Zone 2 for Far with 2.5 D Effective Add for Near within 1.5 to 3.8 mm Dia<br>• Peripheral Refractive Zone 3 is shaped for bi-sign aspherization<br><br>Aaren Scientific  V1 |
| 1A | a lens element having an anterior surface and a posterior surface; | Optivis includes a lens element having an anterior surface and a posterior surface. |

**Exemplary Nonlimiting Claim Chart for U.S. Pat. 7,073,906**

| Claim # | Claim Language | Accused Product (Optivis) |
|---|---|---|
| | | |
| 1B | a central aspherical refractive zone, providing a range of foci that includes far focus, disposed on one of the anterior and | Optivis includes a central aspherical refractive zone, providing a range of foci that includes far focus, disposed on one of the anterior and posterior surfaces.  For example zone 1 below. |

3

**Exemplary Nonlimiting Claim Chart for U.S. Pat. 7,073,906**

| Claim # | Claim Language | Accused Product (Optivis) |
|---|---|---|
| | posterior surfaces; and | |
| 1C | a diffractive bifocal zone disposed outside of the aspherical refractive zone. | Optivis includes a diffractive bifocal zone disposed outside of the aspherical refractive zone. For example, zone 2 below. |

4

**Exemplary Nonlimiting Claim Chart for U.S. Pat. 7,073,906**

| Claim # | Claim Language | Accused Product (Optivis) |
|---|---|---|
|  |  | |

5